# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIMIR PUERTA,<br><br>       Petitioner,<br><br>   v.<br><br>NEIL EDLER,<br><br>       Respondent.<br>_____ / | 1:09-cv-00745 SMS (HC)<br><br>SECOND ORDER DIRECTING RESPONDENT TO INFORM THE COURT WHETHER RESPONDENT WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On May 4, 2009, the Court directed Respondent to inform the Court whether he would consent to Magistrate Judge jurisdiction. (Court Doc. 5.) Respondent has not filed a response, therefore Respondent is HEREBY ORDERED to notify the Clerk of Court in writing whether or not Respondent will consent to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Clerk of Court is DIRECTED to send Respondent a copy of the consent option form and the instructions for consent to Magistrate Judge Jurisdiction; and

///
///
///

2. Within **ten (10)** court days of the date of service of this order, Respondent SHALL file with the Court a completed consent option form indicating consent or decline to Magistrate Judge Jurisdiction.

IT IS SO ORDERED.

**Dated:**   **July 20, 2009**                    /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE